UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CYNTHIA CHILDERS** | * | |
| | * | |
|     **Plaintiff,** | * | **No. 21-cv-00960-NJB-DPC** |
| | * | |
| **v.** | * | **Judge Brown** |
| | * | |
| **RENT-A-CENTER EAST, INC.,** | * | **Magistrate Currault** |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | * | |
| **TRANS UNION, LLC, AND EQUIFAX** | * | |
| **INFORMATION SERVICES, LLC** | * | |
| | * | |
|     **Defendants.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFF CYNTHIA CHILDERS' NOTICE OF SETTLEMENT

Plaintiff Cynthia Childers ("Plaintiff") hereby notifies the Court that Plaintiff and Experian Information Solutions, Inc. have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal, which they expect to complete within 30 days. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 3rd day of October, 2024.

                                                      MICHAUD CONSUMER LAW, LLC

                                                     /s/    *Marc R. Michaud*
                                                     Marc R. Michaud  (La. Bar No. 28962)
                                                     1100 Poydras St., Ste. 2900
                                                     New Orleans, LA 70163
                                                     (504) 910-6775
                                                     Email: marc@michaudconsumerlaw.com
                                                     *Counsel for Plaintiff Cynthia Childers*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above pleading has been served on all known counsel for all parties to this litigation by Electronic Case Filing, Electronic Mail, U.S. Mail and/or facsimile, on this 3rd day of October, 2024.

                            /s/ *Marc R. Michaud*
                            **MARC R. MICHAUD**